UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENVOY ORLANDO HOLDINGS, LLC,**

      **Plaintiff,**

v.                                                    Case No:  6:12-cv-1484-Orl-31GJK

**HIAWASSEE WOODS, LLC,**

      **Defendant.**

_____/

**ORDER**

This matter comes before the Court without a hearing on the Joint Motion to Approve Mediation Settlement Agreement (Doc. 47) (the "Motion"). The Court, having reviewed the Motion, noting the agreement of the parties to the relief sought in the Motion, and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

1. The Motion is **GRANTED**.

2. The Mediation Settlement Agreement, attached as Exhibit "1" to the Motion, is hereby approved and its provisions shall be binding and effective in this action.

3. Concurrently with the entry of this Order, the Clerk is directed to enter judgment substantially in the form of the Stipulated Final Judgment of Foreclosure and Appointment of a Special Master attached to the Motion as Exhibit "2."

4. The Court retains jurisdiction to enter all such further orders as are necessary and just

with respect to the Mediation Settlement Agreement and the Stipulated Final Judgment of Foreclosure and Appointment of a Special Master.

  **DONE** and **ORDERED** in Orlando, Florida on May 16, 2013.

                 _____
                  GREGORY A. PRESNELL
                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties